IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

**GURVINDER GURVINDER**                                                                 **PETITIONER**

v.                                         CIVIL ACTION NO. 5:20-cv-122-DCB-MTP

**WARDEN GILLIS**                                                                         **RESPONDENT**

### Order Adopting Report and Recommendation

This matter is before the Court on Magistrate Judge Michael T. Parker's Report and Recommendation [ECF No. 8], to which no objections have been filed by the Petitioner. Having carefully reviewed the same, the Court finds that Magistrate Judge Parker's Report and Recommendation is well taken and shall be adopted as the findings and conclusions of this Court. Magistrate Judge Parker finds that the Petition for Writ of Habeas Corpus should be denied as moot because the Petitioner has been granted the relief he sought in his petition, i.e., release from immigration custody. See Sanchez v. Attorney General, 146 Fed. App'x 547, 549 (3rd Cir. 2005) (holding that release of an alien from immigration custody rendered his habeas petition moot).

Accordingly,

IT IS HEREBY ORDERED AND ADJUDGED that Magistrate Judge Michael T. Parker's Report and Recommendation is ADOPTED as the findings and conclusions of this Court;

IT IS FURTHER ORDERED that the Respondent's Motion to Dismiss [ECF No. 6] is GRANTED.

This Petition for Writ of Habeas Corpus [ECF No. 1] is hereby DISMISSED with prejudice. A final judgment shall be entered of even date herewith in accordance with Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED this the 18th day of August, 2020.

_/s/ David Bramlette_____
UNITED STATES DISTRICT JUDGE